# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORA RUMMERFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:23-cv-01061-SAB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BY FILING OF ADMINISTRATIVE RECORD<br><br>(ECF No. 11) |

On September 13, 2022, the parties filed a stipulated motion requesting the deadline for Defendant to respond to the complaint be extended from September 18, 2023, to October 18, 2023, to facilitate settlement discussions. (ECF No. 11.) The Court finds good cause to grant the request. The Court notes that while the filing states the extension is to respond to the complaint, the scheduling order issued in this action specifies that within sixty (60) days of e-service of the complaint, the Defendant shall file a copy of the administrative record, and that "[t]he filing of the administrative record shall be deemed an answer to the complaint." (ECF No. 5 at 2.) Therefore, the Court shall extend the deadline to file the administrative record, which is the deadline set by the scheduling order.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion (ECF No. 11) is GRANTED;
2. Defendant shall the file the administrative record **on or before October 18, 2023**;
3. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:  **September 14, 2023**

UNITED STATES MAGISTRATE JUDGE